# K<span style="font-variant:small-caps">atz</span>M<span style="font-variant:small-caps">elinger</span>

370 L<span style="font-variant:small-caps">exington</span> A<span style="font-variant:small-caps">venue</span>, S<span style="font-variant:small-caps">uite</span> 1512
N<span style="font-variant:small-caps">ew</span> Y<span style="font-variant:small-caps">ork</span>, N<span style="font-variant:small-caps">ew</span> Y<span style="font-variant:small-caps">ork</span> 10017
www.katzmelinger.com

Katherine Morales                                    o: 212.460.0047
Katz Melinger PLLC                                   f: 212.428.6811
                                                     kymorales@katzmelinger.com

October 25, 2024

**V<span style="font-variant:small-caps">ia</span> ECF**
Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007



Re:   *Cruz Rosales et al v. Bklyn Local Draft LLC et al*
      **Civil Action No. 1:24-cv-05572-JGLC**

Your Honor:

    We represent the Plaintiffs in the above-referenced matter, and we write jointly with counsel for Defendants to respectfully request that the initial conference currently scheduled for November 6, 2024 be adjourned to a date after the December 9, 2024 settlement conference in this matter. This is the parties' first request for an adjournment of the initial conference.

    By way of background, the Court previously issued an order referring this matter to the magistrate judge for a settlement conference and setting an initial conference for November 6, 2024. Dkt. Nos. 10, 11. On October 1, 2024, Defendants recently retained counsel, and a settlement conference has been scheduled for December 9, 2024 (Dkt. No. 22).

    In order to enable the parties to focus their time and resources on the upcoming settlement conference and to allow the parties to complete the settlement process contemplated by the Court's order referring this matter to a settlement conference, the parties respectfully request that the November 6, 2024 initial conference as well as the deadline to submit a joint letter ahead of the initial conference be adjourned to a date after the December 9, 2024 settlement conference.

    The parties have conferred and are available to attend an adjourned initial conference on the following dates: January 23, 2025; January 24, 2025; January 27 through January 31, 2025; or any other date as determined by the Court.

Honorable Jessica G. L. Clarke
October 25, 2024
Page 2

We thank the Court for its time and consideration in this matter.

Respectfully submitted,
*/s/ Katherine Morales*
Katherine Morales

Cc:    All Counsel of Record (via ECF)

Application GRANTED. It is hereby ordered that the initial pre-trial conference in this matter, previously scheduled for November 6, 2024 at 11:00 am, is canceled. The initial pre-trial conference is hereby rescheduled to January 28, 2025 at 11:00 am.

SO ORDERED.

*[signature: Jessica Clarke]*

JESSICA G. L. CLARKE
United States District Judge

Dated: October 28, 2024
       New York, New York