UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
JUSTINO CRUZ ROSALES, LUIS DIAZ, and CARLOS NAVARRO, individually and on behalf of all others similarly situated,

Civil Action No. 2:23-cv-00231

                       Plaintiffs,

**CERTIFICATE OF SERVICE**

      -against-

BKLYN LOCAL DRAFT LLC d/b/a THE BROOKLYNEER, BILLY WAITE, and JUAN GOMEZ,

                    Defendants.
-------------------------------------------------------------------------X

     I, Diomicsa Hernandez, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows: that on the 11th day of November 2024, I served the within LETTER TO IRS and FILED AMENDED COMPLAINT on the following, via the United States Postal Service within New York State by first class mail:

Internal Revenue Service
Office of Chief Counsel
Attention: Danielle Pierce
CC:PA:01
1111 Constitution Ave, NW, Room 6422
Washington, DC 20224

By: _____
      Diomicsa Hernandez