# KATZMELINGER

370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2024
```

Katherine Morales  
Katz Melinger PLLC

o: 212.460.0047  
f: 212.428.6811  
kymorales@katzmelinger.com

December 2, 2024

<u>VIA ECF</u>
Honorable Barbara Moses
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

**MEMO ENDORSED**

Re: *Cruz Rosales et al v. Bklyn Local Draft LLC et al*
   <u>Civil Action No. 1:24-cv-05572-JGLC</u>

Your Honor:

We represent the Plaintiffs in the above-referenced matter, and we write with the consent of counsel for Defendants to respectfully request an adjournment of the settlement conference scheduled in this matter for December 9, 2024. This is the parties' first request for an adjournment of the settlement conference.

By way of background, Judge Jessica G.L. Clarke previously issued an order referring this matter to a settlement conference and directing the parties to exchange certain discovery ahead of the settlement conference. Dkt. No. 10. Pursuant to said Order, Defendants recently produced records regarding Plaintiffs' wages and work hours, which amount to nearly 3000 pages. Additionally, Defendants have advised that financial records supporting Defendants' claims of inability to pay will be provided upon the execution of a confidentiality stipulation, which the parties are currently drafting.

In light of the substantial volume of records recently provided by the Defendants, along with their expectation of producing additional financial documents, Plaintiffs require additional time to review and process these materials before the scheduled settlement conference. Therefore, the parties respectfully request an adjournment of the settlement conference to allow adequate time to review and process these records and prepare for meaningful participation at the settlement conference.

Honorable Jessica G. L. Clarke<br>
December 2, 2024<br>
Page 2

The parties contacted Your Honor's Chambers and obtained the Court's availability for an adjourned settlement conference. The parties and their counsel are available to attend an adjourned settlement conference on the dates listed below or any other date as determined by the Court:

1. February 3, 2025
2. February 4, 2025
3. February 10, 2025
4. February 11, 2025

We thank the Court for its time and consideration in this matter.

> Respectfully submitted,
> */s/ Katherine Morales*
> Katherine Morales

Cc:    All Counsel of Record (via ECF)

---

Application GRANTED. The settlement conference scheduled for December 9, 2024, is hereby ADJOURNED to **February 11, 2025, at 2:15 p.m.** The parties must submit their Confidential Settlement Letters and Acknowledgment Forms (*see* Dkt. 22 ¶¶ 3, 4) no later than **February 4, 2025**. SO ORDERED.

Barbara Moses
United States Magistrate Judge
December 2, 2024