# STEPHEN D. HANS & ASSOCIATES, P.C.
LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

**NILS C. SHILLITO**
**ASSOCIATE**
Tel: 718.275.6700
nshillito@hansassociates.com

March 26, 2025

*VIA ECF*

Hon. Jessica G.L. Clarke
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

Re: **Cruz Rosales, et al. v. BKLYN Local Draft LLC, et al.**
**Case No. 24-CV-5572 (JGLC)**

Dear Judge Clarke:

    This firm represents defendants in connection with the above-referenced action. Pursuant to the Court's Order dated March 12, 2025, I write jointly on behalf of counsel for all parties to provide Your Honor with an update on the status of the parties' settlement discussions. Since the settlement conference on March 4, 2025, the parties have continued to engage in ongoing settlement negotiations. Although some additional progress has been made since the conference, the parties remain far apart at this time.

Respectfully Submitted,

/s/Nils C. Shillito

Nils C. Shillito (NS-6755)

cc: Katherine Morales, Esq. (via ecf)