UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JUSTINO CRUZ ROSALES, LUIS DIAZ, and
CARLOS NAVARRO, individually and on behalf
of all others similarly situated,                                    Case No.: 24-CV-5572 (JGLC)

                              Plaintiffs,
    -against-
                                                     **NOTICE OF MOTION**
BKLYN LOCAL DRAFT LLC
d/b/a THE BROOKLYNEER,
BILLY WAITE, and JUAN GOMEZ,

                              Defendants.
-------------------------------------------------------------------X

## NOTICE OF MOTION TO BE RELIEVED AS COUNSEL OF RECORD FOR ALL DEFENDANTS IN THIS ACTION

**PLEASE TAKE NOTICE THAT,** upon the accompanying Declaration of Nils C. Shillito, and upon all pleadings and proceedings heretofore had herein, Stephen D. Hans & Associates, P.C. hereby moves this Court, before the Honorable Jessica G. L. Clarke, United States District Judge for the Southern District of New York, pursuant to Local Civil Rule 1.4 for an Order:

    (1) relieving Stephen D. Hans & Associates, P.C., and, specifically, attorneys Stephen D. Hans and Nils C. Shillito, as counsel of record for defendants BKLYN Local Draft LLC, Billy Waite, and Juan Gomez in the above-captioned action;

    (2) staying all discovery proceedings and deadlines in this case until June 13, 2025 in order to permit defendants the opportunity to retain new counsel; and

1

(3) granting such other and further relief as the Court deems just and proper.

Dated: Long Island City, New York
May 16, 2025

STEPHEN D. HANS & ASSOCIATES, P.C.
*Attorneys for the Defendants*

By: **/s/Nils C. Shillito**
Nils C. Shillito
30-30 Northern Boulevard, Suite 401
Long Island City, New York 11101
Tel: 718.275.6700

NOTICE TO:

KatzMelinger
Nicole D. Grunfeld, Esq.
*Counsel for Plaintiffs*
(via ecf)

BKLYN Local Draft LLC
220 West Houston Street
New York, NY 10014
(via first class mail)

Billy Waite
c/o The Brooklyneer
220 West Houston Street
New York, NY 10014
(via email and first class mail)

Juan Gomez
c/o The Brooklyneer
220 West Houston Street
New York, NY 10014
(via email and first class mail)