# K<small>ATZ</small>M<small>ELINGER</small>

370 L<small>EXINGTON</small> A<small>VENUE</small>, S<small>UITE</small> 1512
N<small>EW</small> Y<small>ORK</small>, N<small>EW</small> Y<small>ORK</small> 10017
www.katzmelinger.com

| | |
|---|---|
| Nicole Grunfeld | t: 212.460.0047 |
| Katz Melinger PLLC | f: 212.428.6811 |
| | ndgrunfeld@katzmelinger.com |

July 28, 2025

<u>Via ECF</u>
Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

**MEMO ENDORSED**

Re:   *Cruz Rosales et al v. Bklyn Local Draft LLC*
      <u>Civil Action No. 1:24-cv-05572-JGLC</u>

Your Honor:

  We represent Plaintiffs in the above-captioned matter, and write regarding the Case Management Conference set for August 5, 2025 at 12:00 PM. The Court entered the order scheduling the conference on March 12, 2025 (Dkt. No. 44). Subsequently, on May 21, 2025, the Court granted Defendants' counsel's motion to withdraw and directed that discovery be stayed until June 13, 2025 (Dkt. No.51). The Court further instructed Defendants that they risked default if they failed to retain new counsel. To date, no new counsel has appeared on behalf of any of the Defendants.

  Accordingly, Plaintiffs intend to move for a default judgment, and respectfully request an adjournment of the August 5, 2025 Case Management Conference.

  We thank the Court for its attention to this matter.

Application GRANTED. IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for August 5, 2025 at 12:00 p.m., is CANCELED. The Clerk of Court is respectfully directed to terminate ECF No. 52.

SO ORDERED.
*/s/ Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge

Dated: July 29, 2025
       New York, New York

Respectfully submitted,

*/s/ Nicole Grunfeld*
Nicole Grunfeld