UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTINO CRUZ ROSALES, et al., <br><br>                              Plaintiffs, <br><br> -against- <br><br> BKLYN LOCAL DRAFT LLC, doing business as The Brooklyneer, et al., <br><br>                              Defendants. | 24-CV-5572 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On May 21, 2025, the Court granted Defendants' counsel's motion to withdraw as counsel of record for Defendants. ECF No. 51. In that order, the Court stayed all deadlines for one month to allow Defendants to retain new counsel ECF No. 51. Defendants were warned that failure to retain new counsel may result in default judgment against Defendant BKLYN Local Draft LLC because an LLC may not proceed *pro se*. *Id.* Defendants failed to retain new counsel.

On July 28, 2025, Plaintiffs informed the Court that they intend to move for a default judgment. ECF No. 52. Plaintiff shall file a motion for default judgment with respect to Defendant Brooklyn Local Draft LLC in accordance with the Court's Individual Rules and Local Rule 55 no later than **September 26, 2025**. Failure to timely file a motion for default judgment will result in dismissal of this action as to Defendant Brooklyn Local Draft LLC for failure to prosecute.

Dated:  September 2, 2025
            New York, New York

SO ORDERED.

_____
JESSICA G. L. CLARKE
United States District Judge