**KATZMELINGER**
370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

| | |
|---|---|
| Nicole Grunfeld | t: 212.460.0047 |
| Katz Melinger PLLC | f: 212.428.6811 |
| | ndgrunfeld@katzmelinger.com |

September 25, 2025

*Application GRANTED. Plaintiffs' deadline to submit a motion for default judgment is hereby EXTENDED to October 3, 2025. The Clerk of Court is respectfully directed to terminate ECF No. 55.*

*SO ORDERED.*

*JESSICA G. L. CLARKE*
*United States District Judge*

*Dated: September 26, 2025*
*New York, New York*

<u>Via ECF</u>
Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

Re: *Cruz Rosales et al v. Bklyn Local Draft LLC*
<u>Civil Action No. 1:24-cv-05572-JGLC</u>

Your Honor:

We represent Plaintiffs in the above-captioned matter, and write to respectfully request a brief extension of time to submit the motion for default judgment, currently due September 26, 2025.

The reason for the request is that we have not yet received the certified translations into Spanish of Plaintiffs' declarations, and require a few additional days to receive them and coordinate signatures with our clients. We apologize for not making this request earlier than 48 hours prior to the deadline as provided by Your Honor's Rules; as the undersigned was out of office for Rosh Hashana, I was unaware until today of the delay.

We therefore respectfully request an extension of one week, to October 3, 2025, to submit the motion for default. It is our first such request.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Nicole Grunfeld*
Nicole Grunfeld