UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTINO CRUZ ROSALES, et al.,

Plaintiffs,

-against-

BKLYN LOCAL DRAFT LLC, et al.,

Defendants.

24-CV-5572 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On October 3, 2025, Plaintiffs filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2). *See* ECF No. 65.

On January 14, 2026, the Court issued an Order to Show Cause ordering Defendants to respond in writing no later than January 28, 2026 as to why an order should not be issued granting a default judgment against Defendants. ECF No. 76. The Court warned that if Defendants failed to respond by that date, judgment may be entered against them. *Id*. Defendants failed to file anything by that deadline.

Accordingly, a default judgment should be entered against the Defendants.

The Court refers the case to Magistrate Judge Moses for an inquest to determine the judgment to be entered.

The Clerk of Court is directed to terminate ECF No. 65.

SO ORDERED.

Dated: January 30, 2026
         White Plains, New York

_____
JESSICA G. L. CLARKE
United States District Judge