**MEMO ENDORSED**

KATZMELINGER
370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___2/27/26___

Nicole Grunfeld, Esq.
Katz Melinger PLLC

o: 212.460.0047
f: 212.428.6811
NDGrunfeld@katzmelinger.com

February 26, 2026

Application GRANTED. SO ORDERED.

Barbara Moses
United States Magistrate Judge
February 27, 2026

**VIA ECF**
Magistrate Judge Barbara Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:** *Justino Cruz Rosales et al. v. Bklyn Local Draft LLC d/b/a*
> *The Brooklyneer.,   et al.*
> **Civil Action No. 1:24-cv-05572-JGLC-BCM**

Your Honor:

We represent Plaintiffs Justino Cruz Rosales, Carlos Navarro, and Luis Diaz in the above-captioned matter. We write to respectfully request a 30-day extension of the deadline to submit Plaintiffs' Proposed Findings of Fact and Conclusions of Law and their Inquest Memorandum of Law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages. This is Plaintiffs' first request for an extension.

We request the extension because Plaintiffs are native Spanish speakers, and therefore translating, finalizing, and executing their supporting affidavits require additional time. Accordingly, we respectfully request that the current deadline of March 6, 2026 be extended to April 6, 2026.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Nicole D. Grunfeld*

Nicole D. Grunfeld